**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maria A. Ovando                  CHAPTER 13

Debtor(s)

BKY. NO. 24-13300 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
24 Sep 2024, 00:48:24, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: 53cb70abb2855e93f3a75f4b37a31bdefe94706a7bc90ee9d3b0f97382e4e2af