Certificate Number: 17082-PAE-DE-038913681

Bankruptcy Case Number: 24-13300



17082-PAE-DE-038913681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2024, at 6:08 o'clock PM MST, MARIA OVANDO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 28, 2024          By:      /s/Orsolya K Lazar

                                    Name:    Orsolya K Lazar

                                    Title:   Executive Director