IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>MARIA A OVANDO<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPRATION<br>    Movant,<br><br>          v.<br><br>MARIA A OVANDO, and<br>LUIS LORENZO, JR (Non-Filing Co-Debtor), and<br>SCOTT F WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 24-13300-pmm<br><br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the January 15, 2025, I served copies of the Motion for Relief & Co-Debtor Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| Maria A. Ovando<br>132 S 13th St<br>Allentown, PA 18102<br><br>Luis Lorenzo Jr.<br>9 Fordham Hill<br>Oval Apt. 1G<br>Bronx, NY 10468-4851 | CHARLES LAPUTKA<br>Laputka Law Office<br>1344 W. Hamilton St.<br>Allentown, PA 18102 |
|---|---|

Service via electronic communication:

| SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |
|---|---|

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax (412) 456-8135