IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 24-13300-pmm |
|---|---|
| MARIA A OVANDO<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPRATION<br>    Movant,<br><br>            v.<br><br>MARIA A OVANDO, and<br>LUIS LORENZO, JR (Non-Filing Co-Debtor), and<br>SCOTT F WATERMAN, Trustee,<br>    Respondents. | Chapter 13 |

ORDER OF COURT

AND NOW, this __4th__ day of __February__, 2025, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2022 Toyota Highlander, VIN: 5TDHZRBH5NS580883 as to all Debtors.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge