*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Maria A. Ovando<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24–13300–pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

　　**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

　　**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　　**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　　**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 24, 2025                                                                                        For The Court

                                                                                                            Patricia M. Mayer
                                                                                                            Judge, United States Bankruptcy Court