United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maria A. Ovando  
    Debtor

Case No. 24-13300-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 24, 2025      Form ID: 155      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria A. Ovando, 132 S 13th St, Allentown, PA 18102-4663 |
| 14927530 | + | Luis Lorenzo Jr, 132 S 13th Street, Allentown, PA 18102-4663 |
| 14930274 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14961892 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 25 2025 00:29:22 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 14927521 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:29:22 | Amex/CitiBank NA, Po Box 8218, Mason, OH 45040-8218 |
| 14927522 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2025 00:12:22 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14939016 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2025 00:12:46 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14944194 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:28:02 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14927523 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2025 00:11:59 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14927524 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2025 00:12:05 | Credit One Bank NA, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 14927531 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:12:09 | Macys/CitiBank, PO BOX 8218, Mason, OH 45050 |
| 14927525 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 25 2025 00:12:03 | Dept of Ed/Aidvantage, 1891 Metro Center Road, Reston, VA 20190-5287 |
| 14927526 | | Email/Text: BankruptcyNotices@firsttechfed.com | Apr 25 2025 00:04:00 | First Tech FCU, Po Box 2100, Beaverton, OR 97075 |
| 14944572 | | Email/Text: BankruptcyNotices@firsttechfed.com | Apr 25 2025 00:04:00 | First Tech Federal Credit Union, PO BOX 2100, Beaverton, OR 97075 |
| 14927527 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2025 00:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14945634 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14927529 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2025 00:28:55 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14938455 | + | Email/Text: RASEBN@raslg.com | Apr 25 2025 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 155 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14927528 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | Jefferson Capital System, 200 14th Avenue East Sartell, Sartell, MN 56377-4500 |
| 14929574 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 00:12:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14949558 | | Email/Text: bankruptcynotice@nymcu.org | Apr 25 2025 00:04:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007 |
| 14927534 | | Email/Text: bankruptcynotice@nymcu.org | Apr 25 2025 00:04:00 | Municipal Credit Union, 22 Cortlanot St, 24FL, New York, NY 10007 |
| 14927532 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2025 00:04:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14927533 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2025 00:04:00 | Midland Credit Management Inc, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 14943650 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2025 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14947239 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14927535 | + | Email/Text: bnc@nordstrom.com | Apr 25 2025 00:04:17 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14929785 | ^ | MEBN | Apr 25 2025 00:01:22 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14945080 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2025 00:12:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14927536 | + | Email/PDF: ebnotices@pnmac.com | Apr 25 2025 00:12:04 | PennyMac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14939456 | + | Email/PDF: ebnotices@pnmac.com | Apr 25 2025 00:12:43 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14927539 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:29:26 | SYNCB/TJX CO PLCC, PO Box 71737, Philadelphia, PA 19176-1737 |
| 14927537 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 25 2025 00:04:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14934421 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 25 2025 00:04:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14927538 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 25 2025 00:12:03 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14947238 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2025 00:04:00 | TD Bank, Jefferson Capital Systems LLC, Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14927540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:28:05 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14927541 | ^ | MEBN | Apr 25 2025 00:01:41 | Toyota Motor Credit Corp, P.O. Box 661009, Dallas, TX 75266-1009 |
| 14943502 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 25 2025 00:04:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14999890 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2025 00:28:52 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14927542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:12:05 | Wayfair Mastercard/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |

| | | | |
|---|---|---|---|
| 14927543 | ^ MEBN | Apr 25 2025 00:01:14 | Weltman Weinberg & Reis, 520 Walnut Street Ste 1355, Philadelphia, PA 19106-3602 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Maria A. Ovando claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Maria A. Ovando<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−13300−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 24, 2025                                                For The Court

                                                                                 Patricia M. Mayer
                                                                                 Judge, United States Bankruptcy Court