| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-13300-PMM**

Maria A. Ovando
132 S 13th St
Allentown  PA    18102

Petition Filed Date: 09/17/2024
341 Hearing Date: 10/15/2024
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/18/2024 | $140.00 | | 11/22/2024 | $140.00 | | 12/26/2024 | $140.00 | |
| 01/23/2025 | $140.00 | | 02/25/2025 | $147.00 | | 03/24/2025 | $147.00 | |
| 04/23/2025 | $147.00 | | 05/22/2025 | $147.00 | | 06/24/2025 | $147.00 | |
| 07/22/2025 | $147.00 | | | | | | | |

**Total Receipts for the Period: $1,442.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,589.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $1,332.78 | $1,205.22 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $453.25 | $0.00 | $453.25 |
| 2 | US DEPARTMENT OF HUD »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $5,328.48 | $0.00 | $5,328.48 |
| 4 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $350.53 | $0.00 | $350.53 |
| 5 | SANTANDER CONSUMER USA INC »» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SANTANDER CONSUMER USA INC »» 04U | Unsecured Creditors | $1,684.96 | $0.00 | $1,684.96 |
| 7 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,310.91 | $0.00 | $3,310.91 |
| 8 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $264.51 | $0.00 | $264.51 |
| 9 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $767.70 | $0.00 | $767.70 |
| 10 | PENNYMAC LOAN SERVICES LLC »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA MOTOR CREDIT CORP »» 009 | Unsecured Creditors | $36,110.64 | $0.00 | $36,110.64 |
| 12 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $4,675.43 | $0.00 | $4,675.43 |
| 13 | CITIBANK NA »» 011 | Unsecured Creditors | $3,755.72 | $0.00 | $3,755.72 |
| 14 | CITIBANK NA »» 012 | Unsecured Creditors | $3,009.30 | $0.00 | $3,009.30 |

**Chapter 13 Case No. 24-13300-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | FIRST TECH FEDERAL CREDIT UNION »» 013 | Unsecured Creditors | $50.16 | $0.00 | $50.16 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $3,767.45 | $0.00 | $3,767.45 |
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 015 | Unsecured Creditors | $685.06 | $0.00 | $685.06 |
| 18 | MIDLAND CREDIT MANAGEMENT INC »» 016 | Unsecured Creditors | $398.25 | $0.00 | $398.25 |
| 19 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $6,005.93 | $0.00 | $6,005.93 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $1,065.74 | $0.00 | $1,065.74 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC »» 019 | Unsecured Creditors | $1,757.26 | $0.00 | $1,757.26 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC »» 020 | Unsecured Creditors | $370.63 | $0.00 | $370.63 |
| 23 | CITIBANK NA »» 021 | Unsecured Creditors | $299.44 | $0.00 | $299.44 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC »» 022 | Unsecured Creditors | $553.27 | $0.00 | $553.27 |
| 25 | JEFFERSON CAPITAL SYSTEMS LLC »» 023 | Unsecured Creditors | $3,563.50 | $0.00 | $3,563.50 |
| 26 | LVNV FUNDING LLC »» 024 | Unsecured Creditors | $515.11 | $0.00 | $515.11 |
| 27 | LVNV FUNDING LLC »» 025 | Unsecured Creditors | $1,219.25 | $0.00 | $1,219.25 |
| 28 | LVNV FUNDING LLC »» 026 | Unsecured Creditors | $688.69 | $0.00 | $688.69 |
| 29 | MUNICIPAL CREDIT UNION »» 027 | Unsecured Creditors | $198.45 | $0.00 | $198.45 |
| 30 | AIDVANTAGE on behalf of DEPT OF ED »» 028 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | MACYS/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | NORDSTROM/TD BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,589.00 | Current Monthly Payment: | $147.00 |
| Paid to Claims: | $1,332.78 | Arrearages: | $0.00 |
| Paid to Trustee: | $117.31 | Total Plan Base: | $8,792.00 |
| Funds on Hand: | $138.91 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.