Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Maria A. Ovando
132 S 13th St
Allentown, PA 18102

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13300-PMM**

Petition Filed Date: 09/17/2024
341 Hearing Date: 10/15/2024
Confirmation Date: 04/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $147.00 | | 09/23/2025 | $147.00 | | 10/22/2025 | $147.00 | |
| 11/24/2025 | $147.00 | | 12/22/2025 | $147.00 | | 01/23/2026 | $147.00 | |
| 02/24/2026 | $147.00 | | 03/23/2026 | $147.00 | | 04/22/2026 | $147.00 | |
| 05/22/2026 | $147.00 | | 06/23/2026 | $147.00 | | 07/22/2026 | $147.00 | |

**Total Receipts for the Period: $1,764.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,353.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $453.25 | $0.00 | $453.25 |
| 2 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $5,328.48 | $429.40 | $4,899.08 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $350.53 | $0.00 | $350.53 |
| 5 | SANTANDER CONSUMER USA INC<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SANTANDER CONSUMER USA INC<br>»» 04U | Unsecured Creditors | $1,684.96 | $0.00 | $1,684.96 |
| 7 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $3,310.91 | $0.00 | $3,310.91 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $264.51 | $0.00 | $264.51 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $767.70 | $0.00 | $767.70 |
| 10 | PENNYMAC LOAN SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA MOTOR CREDIT CORP<br>»» 009 | Unsecured Creditors | $36,110.64 | $0.00 | $36,110.64 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $4,675.43 | $0.00 | $4,675.43 |

**Chapter 13 Case No. 24-13300-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 011 | Unsecured Creditors | $3,755.72 | $0.00 | $3,755.72 |
| 14 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 012 | Unsecured Creditors | $3,009.30 | $0.00 | $3,009.30 |
| 15 | FIRST TECH FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $50.16 | $0.00 | $50.16 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $3,767.45 | $0.00 | $3,767.45 |
| 17 | MIDLAND CREDIT MANAGEMENT INC<br>»» 015 | Unsecured Creditors | $685.06 | $0.00 | $685.06 |
| 18 | MIDLAND CREDIT MANAGEMENT INC<br>»» 016 | Unsecured Creditors | $398.25 | $0.00 | $398.25 |
| 19 | MIDLAND CREDIT MANAGEMENT INC<br>»» 017 | Unsecured Creditors | $6,005.93 | $0.00 | $6,005.93 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $1,065.74 | $0.00 | $1,065.74 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 019 | Unsecured Creditors | $1,757.26 | $0.00 | $1,757.26 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 020 | Unsecured Creditors | $370.63 | $0.00 | $370.63 |
| 23 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 021 | Unsecured Creditors | $299.44 | $0.00 | $299.44 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 022 | Unsecured Creditors | $553.27 | $0.00 | $553.27 |
| 25 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 023 | Unsecured Creditors | $3,563.50 | $0.00 | $3,563.50 |
| 26 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $515.11 | $0.00 | $515.11 |
| 27 | LVNV FUNDING LLC<br>»» 025 | Unsecured Creditors | $1,219.25 | $0.00 | $1,219.25 |
| 28 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $688.69 | $0.00 | $688.69 |
| 29 | MUNICIPAL CREDIT UNION<br>»» 027 | Unsecured Creditors | $198.45 | $0.00 | $198.45 |
| 30 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 028 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | MACYS/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | NORDSTROM/TD BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,353.00 | Current Monthly Payment: | $147.00 |
| Paid to Claims: | $2,967.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $249.92 | Total Plan Base: | $8,792.00 |
| Funds on Hand: | $135.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.